Reversed and Remanded and Majority and Concurring Opinions filed June
12, 2008








 

Reversed
and Remanded and Majority and
Concurring Opinions filed June 12, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00164-CV

____________

 

APPROXIMATELY $14,980.00, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 125th
District Court

Harris County, Texas

Trial Court Cause No. 2006-41188

 



 

C O N C U R R I N G  O P I N I O N

I concur in the court=s judgment, but write
separately to note that I do not believe the  majority opinion either in this
case or in Approximately $1,589.00 v. State, 230 S.W.3d 871 (Tex. App.BHouston [14th
Dist.] 2007, no pet.), amounts to an invalidation of any of the local rules of
the Harris County district courts.  In each case, notwithstanding any local
rule, due process required that the trial court hear the motion to strike the
deemed admissions before deciding the merits.  See Approximately $1,589.00,
230 S.W.3d at 875.  And in both cases, 








the
trial court abused its discretion in failing to hear the motion.                                                                         

 

 

/s/        Jeff Brown

Justice

 

Judgment rendered and Majority and Concurring Opinions
filed June 12, 2008.

Panel consists of Justices Yates, Guzman, and Brown. 
(Yates, J., majority).